# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BENJAMIN A. MILLER, II  
1726 S. 6TH STREET  
ROCKFORD, IL  61104  

SSN-xxx-xx-3560

Case Number: 08-70525

Case filed on: 2/26/2008  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $395.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LEGAL HELPERS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ARNOLD SCOTT HARRIS, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DIVERSIFIED CONSULTANTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HARRIS & HARRIS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | REILLY LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | UNIVERSAL FIDELITY LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BENJAMIN A. MILLER, II | 0.00 | 0.00 | 26.63 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 26.63 | 0.00 |
| 001 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 4,500.00 | 4,500.00 | 92.48 | 90.00 |
| 002 | LITTON LOAN SERVICING | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| 040 | THOMAS D LUCHETTI PC | 13,075.00 | 3,830.00 | 53.20 | 102.12 |
|     | Total Secured | 22,575.00 | 13,330.00 | 145.68 | 192.12 |
| 004 | ACCT RCV SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 1,108.93 | 110.89 | 0.00 | 0.00 |
| 007 | BMG | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL 1 BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION SERVICE, INC | 2,709.09 | 270.91 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PORTFOLIO RECOVERY ASSOCIATES | 496.10 | 49.61 | 0.00 | 0.00 |
| 021 | HE STARK AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDITORS PROTECTION SERVICE, INC | 296.00 | 29.60 | 0.00 | 0.00 |
| 028 | ROCK VALLEY FEDERAL CREDIT UNION | 5,901.76 | 590.18 | 0.00 | 0.00 |
| 029 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD RADIOLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | T-MOBILE | 655.24 | 65.52 | 0.00 | 0.00 |
| 038 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | THOMAS D LUCHETTI PC | 0.00 | 924.50 | 0.00 | 0.00 |
|     | Total Unsecured | 11,167.12 | 2,041.21 | 0.00 | 0.00 |
|     | Grand Total: | 33,742.12 | 15,371.21 | 172.31 | 192.12 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $364.43 |
| Trustee Allowance: | $30.57 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                               /s/ Lydia S. Meyer  
                                               Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008         By  /s/Heather M. Fagan